UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,  :

    -against-  :

DUWAYNE JOHN,  :
  a/k/a Dwayne
  a/k/a Sean Anthony Brown  :
  a/k/a David Anthony Ryan

                                      Defendant.  :
------------------------------------ x

                                        ORDER

                                        03 Crim. 140

GEORGE B. DANIELS, United States District Judge:

    Defendant Duwayne John's application for a 30-day extension of time to file a reply to the Government's opposition to his motion for compassionate release is GRANTED. Defendant shall file his reply no later than January 3, 2023.

    The Clerk of the Court is directed to close the open motion at ECF No. 75. The Clerk of the Court is also directed to close the open letter motion at ECF No. 72 as having been resolved by this Court's Order at ECF No. 73.

Dated: December 15, 2022
       New York, New York

                                                  SO ORDERED.

                                                  _____
                                                  GEORGE B. DANIELS
                                                  United States District Judge